

# Missouri Court of Appeals
## Southern District

**MAY 5, 2014**

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 30.25(b).

    1.      SD32486      State of Missouri vs. Stewart Ralph Hopkins